IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| BRIDGET SULLIVAN | ) |
|---|---|
| Plaintiff, | ) |
| | ) CASE #: 1:25-CV-01016-TDS-JLW |
| Vs. | ) |
| PATRICK HARRIGAN, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHUT PREJUDICE**

NOW COMES the undersigned attorney, Walter C. Holton, Jr., for Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and enters this Notice of Voluntary Dismissal Without Prejudice in the above captioned matter.

Respectfully submitted, this the 2nd day of February, 2026.

*/s/ Walter C. Holton, Jr.*
Attorney for Plaintiff
NCSB #12698
HOLTON LAW FIRM, PLLC
857 W. Fifth Street
Winston-Salem, NC  27101
(336) 777-3480
wholton@walterholton.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIDGET SULLIVAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE #: 1:25-CV-01016-TDS-JLW |
| Vs. | ) |
| | ) |
| PATRICK HARRIGAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned attorney served the attached Notice of Voluntary Dismissal by electronic filing addressed to:

> Lynne P. Klauer
> Lynne.Klauer@usdoj.gov
> U.S. Attorney's Office
> Greensboro, NC

This the 2nd day of February, 2026.

> */s/ Walter C. Holton, Jr.*
> Attorney for Plaintiff
> NCSB #12698
> HOLTON LAW FIRM, PLLC
> 857 W. Fifth Street
> Winston-Salem, NC 27101
> (336) 777-3480
> wholton@walterholton.com